Stanley A. Kempner, Jr., WSBA #11260
sakempner@comcast.net
900 N. Maple St., Suite 200
Spokane, WA 99201
Telephone: 509-484-1104
Facsimile: 509-252-3295

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## SPOKANE

| | |
|---|---|
| THOMAS CRAWFORD,<br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br>Defendant. | Civil Action No.<br><br>COMPLAINT<br><br>**JURY DEMANDED** |

## COMPLAINT

Plaintiff Thomas Crawford, by the undersigned attorney, alleges as follows:

This civil action is brought under Title VII of the Civil Rights Act of 1964, as amended; 5 U.S.C §7703(b)(2), the Age Discrimination in Employment Act; Washington Law Against Discrimination RCW 49.60 et seq. and Washington Unfair Practices in Employment Because of Age RCW 49.44.090.

STANLEY A. KEMPNER, JR.
*Attorney at Law*
900 N. Maple St., Ste 200
Spokane, WA 99201
(509) 484-1104
(509) 252-3295
sakempner@comcast.com

## JURISDICTION AND VENUE

1) This Court has jurisdiction over this action under 28 U.S.C. §1331.

2) Venue is proper in this judicial district under 42 U.S.C. §2000e-5(5)(3) because Defendant maintains a business in this judicial district. Additionally, venue is proper under 28 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to this action occurred in this judicial district.

## PARTIES

1) Plaintiff Crawford resides in Moses Lake, WA which is located in Grant County. Grant County is within the jurisdiction of this Court.

2) Plaintiff is an employee of the Defendant.

3) Defendant The Boeing Company is a publicly traded Delaware Corporation that maintains a place of business within the jurisdiction of this Court and in other locations throughout the State of Washington.

## STATEMENT OF PLAINTIFF'S CHARGE AGAINST DEFENDANT

1) Plaintiff is a 65 year old Caucasian man who has been employed by Defendant since January 2020 as a Senior Aviation Technician, at Defendant's Moses Lake, WA facility.

2) During his employment he has been subjected to racial and age discrimination by the employer resulting in a hostile work environment.

STANLEY A. KEMPNER, JR.
*Attorney at Law*
900 N. Maple St., Ste 200
Spokane, WA 99201

(509) 484-1104
(509) 484-1106:fax
sakempner@comcast.com

3) Beginning in October 2023 a black Boeing employee, Daniel Mobley, who is under age 40, began berating and harassing Plaintiff. Following corporate policy, Plaintiff reported those issues to Defendant's management and Defendant's Human Resources Department. No action was taken by Defendant to protect Plaintiff.

4) On January 5, 2024, Mobley began harassing Plaintiff at his work area, an area where Mobley was not supposed to be working at. Following corporate policy, Plaintiff reported those issues to Defendant's management and Defendant's Human Resources Department. No action was taken by Defendant to protect Plaintiff.

5) On May 24, 2024, Mobley again began verbally threatening Plaintiff and blocked egress to an entry/exit doorway. Following corporate policy, Plaintiff reported those issues to Defendant's management and Defendant's Human Resources Department. No action was taken by Defendant to protect Plaintiff.

6) On June 18, 2024, Plaintiff was summoned to the Boeing Human Resources department, for what he thought to be an investigation concerning Mobley. Plaintiff offered to supply a written statement detailing Mobley's behavior toward Plaintiff.

STANLEY A. KEMPNER, JR.
Attorney at Law
900 N. Maple St., Ste 200
Spokane, WA 99201

(509) 484-1104
(509) 484-1106:fax
sakempner@comcast.com

7) On June 18, 2024, Defendant Human Resources Department suspended Plaintiff without giving him a reason and walked him out of Defendant's premises.

8) Plaintiff remained on suspension until January 8, 2025.

9) No apparent disciplinary action was taken against Mobley.

10) On February 26, 2025, Mobley again resumed threatening behavior directed at Plaintiff by driving a company truck on company premises in a snowy/slushy parking lot, gunning his engine, causing the vehicle's rear end to lose traction and swing toward him. Plaintiff notified Defendant's management about the incident and again no action was taken to protect Plaintiff.

11) On March 7, 2025, Plaintiff was again placed on suspension without notification of the reason for suspension.

12) On September 15, 2025, Defendant issued a Disciplinary Corrective Action Memo, alleging Plaintiff was engaged in inappropriate behavior, of much the same nature that Plaintiff complained to Defendant management and human resources he was being subjected to since October 2023, and that Defendant chose to take no action to protect Plaintiff

COMPLAINT 4 OF 8

STANLEY A. KEMPNER, JR.
*Attorney at Law*
900 N. Maple St., Ste 200
Spokane, WA 99201

(509) 484-1104
(509) 484-1106:fax
sakempner@comcast.com

13) Defendant's failure to address and ignore complaints by Plaintiff that he was being harassed and threatened by the Mobley's and Defendant's failure to protect Plaintiff is based upon race and age and Defendant disciplining him based on a false claim that Plaintiff was racially discriminating has caused Plaintiff substantial emotional harm and financial loss.

**EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES**

Plaintiff timely filed a charge with the Equal Employment Opportunity Commission regarding Defendant's alleged discriminatory conduct on or about May 12, 2025.

The Equal Employment Opportunity Commission issued a Notice of Right to Sue on August 27, 2025, less than 90 days have elapsed since issuance of that Notice.

**COUNT ONE**
**(Racial Discrimination in Violation of Title VII of the Civil Rights Act of 1964, 42 USC 2000E. et seq.)**

The foregoing paragraphs are realleged and incorporated by reference herein.

The Defendant's conduct as alleged herein constitutes discrimination based on race in violation of Title VII. The stated reasons for Defendant's actions were not the true reasons, rather they were pretext to hide the Defendant's discriminatory animus.

COMPLAINT 5 OF 8

STANLEY A. KEMPNER, JR.
*Attorney at Law*
900 N. Maple St., Ste 200
Spokane, WA 99201

(509) 484-1104
(509) 484-1106:fax
sakempner@comcast.com

## COUNT TWO
### (Age Discrimination in Violation of the Age Discrimination in Employment Act (ADEA) 29 USC 621)

The foregoing paragraphs are realleged and incorporated by reference herein.

The Defendant's conduct as alleged herein constitutes discrimination based on age discrimination in violation of the ADEA. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

## COUNT THREE
### Violation of the Washington Law Against Discrimination RCW 49.60 et sq.

The foregoing paragraphs are realleged and incorporated by reference herein.

The Defendant's conduct as alleged herein constitutes discrimination based on racial discrimination in violation of RCW 49.60 et seq.

The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

COMPLAINT 6 OF 8

STANLEY A. KEMPNER, JR.
*Attorney at Law*
900 N. Maple St., Ste 200
Spokane, WA 99201

(509) 484-1104
(509) 484-1106:fax
sakempner@comcast.com

## COUNT FOUR
## VIOLATION OF THE WASHINGTON LAW AGAINST
## AGE DISCRIMINATION –RCW 49.44.090

The Defendant's conduct as alleged herein constitutes discrimination based on age discrimination in violation of the Washington Law Against Age Discrimination, RCW 49.44.090.

The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

### PRAYER FOR RELIEF

WHERFORE, the Plaintiff requests that the Court award him:

1)  The sum of no less than $300,000.00 in compensatory damages for loss of wages, bonuses, Earned PTO and other lost benefits.

2)  An amount to be determined at the time of trial for emotional harm suffered because of discrimination and retaliation.

3)  Costs and reasonable attorney fees incurred with this lawsuit with interest thereon; and

4)  Other damages and further relief as deemed just equitable.

COMPLAINT 7 OF 8

STANLEY A. KEMPNER, JR.
*Attorney at Law*
900 N. Maple St., Ste 200
Spokane, WA 99201

(509) 484-1104
(509) 484-1106:fax
sakempner@comcast.com

## JURY DEMAND

Plaintiff requests trial by jury.

Attorney for Plaintiff

_____
STANLEY A. KEMPNER, JR.
WSBA #11260

## VERIFICATION

I declare under penalty of perjury under the laws of the State of Washington that the facts I have provided in this complaint are true.

DATED this  19t   day of November, 2025 in Spokane, Washington.

Signed by:
Thomas E. Crawford
_____
THOMAS CRAWFORD

COMPLAINT 8 OF 8

STANLEY A. KEMPNER, JR.
*Attorney at Law*
900 N. Maple St., Ste 200
Spokane, WA 99201

(509) 484-1104
(509) 484-1106:fax
sakempner@comcast.com